JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SOPERRY CHEA,<br><br>Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>Respondent. | No. CV 20-06301-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that the petition is summarily dismissed.

Date: September 7, 2020

_____
JOSEPHINE L. STATON
United States District Judge